**21ST CENTURY INSURANCE COMPANY, Plaintiff–Appellee,**

v.

**Amanda TAYLOR, Defendant–Appellant.**

No. 13–13217
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2013.

Kori L. Clement, Hare & Clement, PC, Hoover, AL, Stephanie W. Schmidt, Hare

Clement & Duck, PC, Birmingham, AL, for Plaintiff–Appellee.

Harold W. Spence, William E. Stiles, The Cuffie Law Firm, Atlanta, GA, for Defendant–Appellant.

Before HULL, HILL, and FAY, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties in their respective briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

**AFFIRMED.**